en febrero 12, 1912. Desestimada la apelación por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil, enmendado por la ley de marzo 9, 1911. Abogado de los promoventes: *Sr. Celestino Iriarte, Jr.* Abogado de la parte contraria: *Sr. Miguel Guerra.*

---

Ex Parte López.—Procedimientos sobre cancelación de fianza de Registrador, procedentes de las Cortes de Distrito de Arecibo y Humacao. Resuelto en febrero 12, 1912. Decretada la cancelación. El peticionario compareció en nombre propio.

---

No. 417. El Pueblo *v.* Delgado.—Apelación procedente de la Corte de Distrito de Humacao. Moción del apelante, desistiendo de la apelación. Resuelto en febrero 14, 1912. Desestimada la apelación a instancia del apelante. Abogado del apelante: *Sr. Juan B. Puig.*

---

No. 40. Ex Parte Delgado.—Solicitud presentada al Juez Asociado Sr. Aldrey para que se expida mandamiento de *habeas corpus.* Resuelto en febrero 15, 1912. Desestimada la solicitud a instancia del peticionario. Abogado del peticionario: *Sr. A. Dones.*

---

No. 809. Busó et al. *v.* Busó et al.—Apelación procedente de la Corte de Distrito de Humacao. Moción para que se desestime la apelación por no haberse presentado la transcripción de autos. Resuelto en febrero 19, 1912. Denegada la moción por haberse presentado la transcripción de autos con el consentimiento de la parte promovente. Abogado de los promoventes: *Sr. Manuel Tous Soto.* Abogado de la parte contraria: *Sr. Herminio Díaz Navarro.*